IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON KAUFFMAN | : |
| Plaintiff | : CIVIL ACTION |
| vs. | : NO. 07-CV-5043 |
| PAMELA FRANZ, et al. | : |
| Defendants | : |

## ORDER

AND NOW, this 25th day of March, 2010, upon review of Defendants' Motion for Reconsideration (Doc. No. 107) and the response thereto, it is hereby ORDERED that the motion is DENIED. It is further ORDERED that Defendants' related Motion to Stay (Doc. No. 109) is DENIED.

BY THE COURT:

/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.